Edward R. BACON, Petitioner, v. COMMIS-SIONER OF INTERNAL REVE-NUE, Respondent.

No. 11325.

Circuit Court of Appeals, Ninth Circuit.

Jan. 21, 1947.

Rehearing Denied Feb. 28, 1947.

Louis Janin, of San Francisco, Cal., for petitioner.

Douglas W. McGregor, Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Maryhelen Wigle, Sp. Assts. to Atty. Gen., for respondent.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is hereby affirmed.

Lieutenant Colonel Ernest H. GOULD, United States Marine Corps, Appellant, v. Edward A. DRAINER, Appellee.

No. 11364.

Circuit Court of Appeals, Ninth Circuit.

Jan. 18, 1947.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Woodrow W. Kitchel, of Oakland, Cal., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.
The order appealed from, 65 F.Supp. 410, is affirmed.

Paul John HUNT, Appellant, v. SECURI-TIES EXCHANGE COMMISSION, Appellee.

No. 11419.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1947.

Rehearing Denied Feb. 14, 1947.

Lewie Williams and Fred'k R. Burch, both of Seattle, Wash., for appellant.

Roger S. Foster, Sol., Robert S. Rubin, Associate Sol., Milton P. Kroll, Sp. Asst., and Myer Feldman, Atty., SEC., all of Philadelphia, Pa. (James E. Newton, Atty., SEC., of Seattle, Wash. of counsel), for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment is affirmed. Shaw v. United States, 9 Cir., 1942, 131 F.2d 476, 480.